DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>vs.<br><br>HERBERT TUDELA SABLAN,<br><br>Defendant-Petitioner. | Criminal Case No. 01-00101<br><br>**ORDER** |

On April 25, 2002, the defendant wrote a letter to the Court. On May 3, 2002, a civil case, No. 02-00014 was prematurely opened to characterize the letter as a motion for post conviction relief. However, before the Court can address the matter, the defendant must first elect to proceed in that manner. Accordingly, the Court strikes the document from the file and closes the civil case.

SO ORDERED this ___ day of May, 2002.

JOHN S. UNPINGCO
District Judge